# Order

Michigan Supreme Court
Lansing, Michigan

June 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158986

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                       SC:  158986
                                       COA:  336596

JONATHAN RYAN HASTINGS,
           Defendant-Appellant.

                                       Jackson CC:  15-004918-FH

_____/

       On order of the Court, the application for leave to appeal the November 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



s0605

                                      Clerk